IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN K. ANING, et al.,

    Petitioners,

    v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

    Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-113-TWT

**ORDER**

This is a pro se civil action seeking to enjoin the sale of a foreclosed property. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending granting the Respondents' Motion to Dismiss [Doc. 5] on the grounds of res judicata. The Petitioners have not filed objections to the Report and Recommendation. However, the Court has considered the late filed Response to the Motion to Dismiss as an Objection to the Report and Recommendation. The Petitioners continue to rehash the events of the prior litigation without addressing the effect of the prior judgments upon their claims. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondents' Motion to Dismiss [Doc. 5] is GRANTED.

T:\ORDERS\17\Aning\r&r.wpd

SO ORDERED, this 13 day of July, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge